IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BARBARA ELIZABETH LAWSON, ) <br> And JERRY LAWSON, ) <br> Individually and on behalf of a class ) <br> of all persons similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LIFE OF THE SOUTH INSURANCE ) <br> COMPANY, a Corporation, ) <br> ) <br> Defendant. ) | Civil Action <br><br> File No. 4-06-CV-42 |

**PLAINTIFFS' PRELIMINARY MOTION FOR CLASS CERTIFICATION**

COME NOW PLAINTIFFS, Barbara Elizabeth Lawson and Jerry Lawson, individually and on behalf of a class of all persons similarly situated, and hereby file their Preliminary Motion for Class Certification pursuant to Fed. R. Civ. P. 23. Plaintiffs reserve the right to later file a Motion for Class Certification, and Brief in Support Thereof, at the time designated by the Court in the Court's subsequent Rule 16/26 Scheduling Order, after discovery on the certification issue has been completed. Plaintiffs request that the Court defer ruling on the Preliminary Motion for Class Certification until after a Scheduling Order has been entered in the case, discovery has been conducted, and Plaintiffs have been afforded a reasonable opportunity to submit a thorough Brief in Support of Class Certification with evidence in support of class certification.

Plaintiffs seek certification of a class of similarly situated persons defined as follows: All those individuals during the relevant time period (a) who are residents of the United States; (b) who have been or will be insured under a Life of the South credit insurance policy; (c) whose underlying loan stopped or could stop prior to the expiration of the term of the indebtedness; and

(d) who were not paid or might not be paid a refund of unearned premium.[1]  Excluded from Plaintiffs' class is Defendant, any entity in which Defendant has a controlling interest, and any agents, employees, officers, and/or directors of Defendant, or any of them, and their representatives, heirs, successors, and/or assigns.  The identity of the class members is readily ascertainable based on objective criteria and can be ascertained using information, computer records and/or clerical assistance within the possession, custody or control of  Life of the South and its agents.

This case meets the requirements of Fed. R. Civ. P. 23(a).  The class is so numerous that individual joinder of all class members as parties to this action would be impractical.  Fed. R. Civ. P. 23(a)(1)  Questions of law and fact of common and general interest to the class exist as to all class members and predominate over any questions affecting only individual members of the class.  Fed. R. Civ. P. 23(a)(2).  Plaintiffs' claims are typical of the claims of other class members, in that all such claims arise out of the failure of Life of the South to refund unearned premiums on credit insurance policies.  Plaintiffs and other class members have suffered a common injury arising out of Defendant's common course of conduct as alleged herein.  Plaintiffs specifically allege that the provisions of Life of the South's credit insurance policies and the negligent practices of Life of the South with respect to the administration of refunds are the same or substantially the same for each class member.  Fed. R. Civ. P. 23(a)(3).  Plaintiffs will fairly and adequately protect the interests of the members of the class and have no interest antagonistic to or in conflict with those of class members.  Plaintiffs have retained class counsel

---

[1] The relevant time period is the number of years immediately preceding the date on which this Complaint was filed as allowed by each State's statute of limitations, going forward into the future until such time as Life of the South takes remedial action so as to ensure that its insureds receive the refunds to which they are legally and contractually entitled.

competent to prosecute class actions, including consumer class actions, and they intend to prosecute this action vigorously for the benefit of the class. Fed. R. Civ. P. 23(a)(4).

This case is also properly certified under Federal Rule 23(b)(2) and (b)(3). A class action is superior to other available methods for a fair and efficient adjudication of this controversy since individual joinder of all members of the class is impractical. Fed. R. Civ. P. 23(b)(3). Further, as damages suffered by each class member may, in many cases, be relatively small, the expense and burden of individual litigation would make it difficult or impossible for individual members of the class to obtain relief. The interests of judicial economy favor adjudicating the claims as a class. Questions of law and fact predominate over any questions affecting only individual class members, and a class action is superior to other available methods for the fair and efficient adjudication of this controversy. The issue of whether Life of the South must provide a refund when an insured loan is paid off, renewed, or refinanced prior to its scheduled expiration date is the same for every class member and predominates over any other questions affecting only individual class members. Fed. R. Civ. P. 23(b)(3). In addition, Life of the South, as a party opposing the class, has acted or refused to act on grounds generally applicable to the class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the class as a whole. Fed. R. Civ. P. 23(b)(2).

## **CONCLUSION**

Plaintiffs respectfully request certification of this action as a class action pursuant to Fed. R. Civ. P. 23. Plaintiffs also request that the Court defer ruling on this Preliminary Motion until after a Scheduling Order has been entered in the case, discovery has been conducted, and Plaintiffs have been afforded a reasonable opportunity to submit a thorough Brief in Support of Class Certification along with evidence in support of class certification.

This 15th day of November, 2006.

                          Respectfully Submitted,

                          BUTLER, WOOTEN & FRYHOFER, LLP

                          */s/ Charles A. Gower*
                          CHARLES A. GOWER
                          Georgia Bar No.: 303500
                          1425 Wynnton Road
                          Post Office Box 5509
                          Columbus, Georgia 31906
                          (706) 324-5685

                          */s/J.E. Butler, Jr., PC*
                          J.E. Butler, Jr., PC
                          Georgia Bar No. 099625
                          Joel O. Wooten
                          Georgia Bar No. 776350
                          P.O. Box 2766
                          Columbus, Georgia 31902
                          (706) 322-1990

                          PHILIPS-BRANCH
                          BEN B. PHILIPS
                          Georgia Bar No.:575550
                          P.O. Box 2808
                          Columbus, Georgia 31902
                          (706) 323-6461

                          OATES & COURVILLE
                          SAMUEL W. OATES, JR.
                          Georgia Bar No. 548250
                          P.O. Box 20
                          Columbus, Georgia 31902
                          (706) 327-8000

                          ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

This is to certify that on November 15, 2006, I electronically filed the within and foregoing **"PLAINTIFFS' PRELIMINARY MOTION FOR CLASS CERTIFICATION"** with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Jerry A. Buchanan
>Benjamin A. Land
>Buchanan & Land, LLP
>Post Office Box 2848
>Columbus, Georgia 31902
>
>Charles W. Byrd
>Post Office Box 1170
>Perry, Georgia 31069
>
>Kellye C. Moore
>Walker, Hulbert, Gray & Byrd, LLP
>Post Office Box 1170
>Perry, Georgia 31069

This 15th day of November, 2006.

>/s/ Charles A. Gower
>CHARLES A. GOWER
>Georgia Bar No.: 303500
>Attorney for Plaintiff

1425 Wynnton Road
Post Office Box 5509
Columbus, Georgia 31906
(706) 324-5685