IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| BARBARA ELIZABETH LAWSON and JERRY LAWSON, Individually and on behalf of a class of all persons similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO.  4:06-cv-00042 |
| LIFE OF THE SOUTH INSURANCE COMPANY, a corporation, | ) ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO STRIKE OR DISMISS
PLAINTIFF'S CLASS ACTION ALLEGATIONS
OR, IN THE ALTERNATIVE, TO DENY CLASS CERTIFICATION**

Defendant Life of the South Insurance Company ("Defendant" or "LOTS"), moves this Honorable Court, pursuant to Rules 23(d)(1)(D) and 23(c)(1)(A), Fed. R. Civ. P., and this Court's decisions in *Bishop's Property & Investments, LLC v. Protective Life Insurance Company*, 255 F.R.D. 619 (M.D. Ga. 2009) ("*Bishop*") and *Adams v. Monumental General Casualty Company*, 2009 WL 383625 (M.D. Ga. 2009) ("*Adams*") for the entry of an order striking or dismissing Plaintiff's Class Action Allegations. In support of its motion to strike or dismiss Plaintiff's Class Action Allegations, LOTS states as follows:

1. A motion to strike or dismiss Plaintiff's Class Action Allegations is an appropriate procedural vehicle for addressing the class action issues.

2. The Middle District of Georgia has already denied class certification in two virtually identical cases. *Bishop*; *Adams*.

3. Plaintiff alleges the same purported class as was alleged in *Bishop* and *Adams*, and the complaints are virtually identical.

4. LOTS's insurance certificates, like the insurance certificates of Protective and Monumental Life, have significant variations.

5. Just as in *Bishop* and *Adams*, variations in the contracts support the dismissal of Plaintiff's Class Action Allegations in this case.

6. Just as in *Bishop* and *Adams*, variations in state law also support the dismissal of Plaintiffs' Class Action Allegations in this case.

WHEREFORE, Defendant respectfully moves this Court to strike or dismiss Plaintiff's Class Action Allegations.

In the alternative, Defendant moves this Honorable Court, pursuant to Rule 23, Fed. R. Civ. P., to deny class certification as to the purported nationwide consumer class action sought in Plaintiff's Complaint (D.E. 1-2). As grounds for this alternative motion to deny class certification, LOTS states as follows:

1. In the alternative to the motion to strike or dismiss Plaintiff's Class Action Allegations, a motion to deny class certification is an appropriate procedural vehicle for determining whether a civil action may be maintained as a class action.

2. In addition to the reasons discussed in the *Bishop* and *Adams* decisions, there are other reasons that class certification should be denied, including recent controlling decisions reversing district courts that had certified class actions. *Sacred Heart Health Systems, Inc. v. Humana Military Healthcare Services, Inc.*, 601 F.3d 1159 (11th Cir. 2010); *Vega v. T-Mobile USA, Inc.*, 564 F.3d 1256 (11th Cir. 2009); *Wal-Mart Stores v. Dukes*, ___ U.S. ___, 131 S. Ct. 2541 (2011).

WHEREFORE, Defendant alternatively moves this Court to deny class certification.

> Respectfully submitted,
>
> /s/ *Lee E. Bains, Jr.*
> Lee E. Bains, Jr.
> One of the attorneys for defendant, Life of the South Insurance Company

2

02342382.3

**OF COUNSEL:**
Jeffrey M. Grantham
Lorrie L. Hargrove
C. Andrew Kitchen
Thomas J. Butler
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203-2618
Phone 205-254-1000
Fax 205-254-1999

Jerry A. Buchanan
Benjamin A. Land
Buchanan & Land, LLP
P. O. Box 2848
Columbus, Georgia 31902
Phone:  706-323-2848 (Telephone)
Email: jab@buchananland.com
　　　　benland@buchananland.com

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on this 11th day of May, 2012, the foregoing Defendant's Motion to Strike or Dismiss Plaintiff's Class Action Allegations or, in the Alternative, to Deny Class Certification has been filed with the Clerk of this Court and that the Court's electronic filing system will send notification of such filing to all counsel/parties of record.

　　　　　　　　　　　　　　　　　　　　/s/ *Lee E. Bains, Jr.*
　　　　　　　　　　　　　　　　　　　　OF COUNSEL