Exhibit "2"

# SUPREME COURT OF THE STATE OF GEORGIA

## CLERK'S OFFICE

## ATLANTA

Date: October 30, 2006

James E. Butler Jr.
BUTLER WOOTEN FRYHOFER DAUGHERTY
2719 Buford Highway
Atlanta, GA   30324

Case No. S06C2008

J.M.I.C. LIFE INSURANCE COMPANY   v.   KEN TOOLE et al.

COURT OF APPEALS CASE NO. A06A0992

The Supreme Court today denied the petition for certiorari in this case.

All the Justices concur.

Therese S. Barnes, Clerk