Exhibit "3"

APPEAL NO. A10A1197

IN THE COURT OF APPEALS

STATE OF GEORGIA

**RESOURCE LIFE INSURANCE COMPANY**

*Appellant*

*v.*

**DOROTHY BUCKNER, individually and on
behalf of a class of all persons similarly situated**

*Appellee*

APPEAL FROM THE SUPERIOR COURT OF MUSCOGEE COUNTY

CASE NO. SU04CV241-7

**APPELLANT'S NOTICE OF CONSENT TO APPELLEE'S MOTION TO REMAND
BASED ON SETTLEMENT**

| | | |
|---|---|---|
| Frank C. Jones | Jerry Buchanan | Constantine L. Trela, Jr. |
| Georgia Bar No. 400300 | Georgia Bar No. 092200 | Joel S. Feldman |
| Cater C. Thompson | Benjamin A. Land | Bruce Braverman |
| Georgia Bar No. 129425 | Georgia Bar No. 432825 | SIDLEY AUSTIN LLP |
| JONES, CORK & MILLER, LLP | BUCHANAN & LAND, LLP | One South Dearborn Street |
| 5th Floor, SunTrust Bank Building | P. O. Box 2848 | Chicago, Illinois 60603 |
| 435 Second Street | Columbus, Georgia 31902 | (312) 853-7000 |
| P.O. Box 6437 | (706) 323-2848 | |
| Macon, Georgia 31208-6437 | | |
| (478) 745-2821 | | |

*Attorneys for Appellant Resource Life Insurance Company*

1

Appellant Resource Life Insurance Company ("Resource Life") files this notice of its consent to Appellee Dorothy Buckner's Motion to Remand Based on Settlement and to the relief requested therein, namely, that the Court remand this case to the trial court for consideration of a class action settlement agreement reached by the parties, preserving Resource Life's right to refile an appeal with no prejudice to either party in the event the settlement is not approved.

_Frank C. Jones_

Frank C. Jones
Georgia Bar No. 400
Cater C. Thompson
Georgia Bar No. 129425

JONES, CORK & MILLER, LLP
5th Floor, SunTrust Bank Building
435 Second Street
P.O. Box 6437
Macon, Georgia 31208-6437
(478) 745-2821

Benjamin A. Land
Georgia Bar No. 432825
BUCHANAN & LAND, LLP
P. O. Box 2848
Columbus, Georgia 31902
(706) 323-2848

## CERTIFICATE OF SERVICE

I certify that I caused true and correct copies of the **APPELLANT'S NOTICE OF CONSENT TO APPELLEE'S MOTION TO REMAND BASED ON SETTLEMENT** to be served upon the following attorneys for Appellee by United States First-Class Mail, with proper postage prepaid, in properly addressed envelopes:

James E. Butler, Jr., Esq.
Joel O. Wooten, Esq.
Brandon L. Peak, Esq.
BUTLER, WOOTEN & FRYHOFER LLP
105 13th Street
P.O. Box 2766
Columbus, Georgia 31902

Gregory Ellington, Esq.
HATCHER, STUBBS, LAND, HOLLIS & ROTHSCHILD, LLP
P.O. Box 2707
Columbus, Georgia 31902

Samuel W. Oates, Esq.
OATES & COURVILLE
Post Office Box 20
Columbus, Georgia 31902

Michael B. Terry, Esq.
Frank M. Lowrey, IV, Esq.
BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street NW
Atlanta, Georgia  30309

This 25th day of June, 2010.

Frank C. Jones
Georgia Bar No. 400300
Attorney for Appellant

# Court of Appeals
# of the State of Georgia

ATLANTA, June 30, 2010

*The Court of Appeals hereby passes the following order:*

## A10A1197. RESOURCE LIFE INSURANCE COMPANY v. BUCKNER, et al.

This class action was originally scheduled to be argued before this Court on June 30, 2010. The parties have now filed a joint motion waiving oral argument and requesting that the case be remanded to the trial court for the approval of a settlement on behalf of the class. We have removed the case from the oral argument calendar but the motion for remand is hereby DENIED. An opinion in this case is forthcoming and the case will be remitted to the trial court within ten days after entry of the same. See Court of Appeals Rule 39 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta*   **JUN 3 0 2010**
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Will L. Martin*  , *Clerk.*

LC number(s): SU04CV241